IN RE MATTHEW N.

No. 349A91

Case below: 103 N.C.App. 393

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 September 1991.

JENNINGS v. CABARRUS PLASTICS, INC.

No. 327P91

Case below: 103 N.C.App. 389

Petition by defendant (Cabarrus Plastics, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

JOHNSTON COUNTY v. R. N. ROUSE & CO.

No. 308PA91

Case below: 103 N.C.App. 173

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1991.

KIDLA v. GRAINGER

No. 309P91

Case below: 103 N.C.App. 173

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

NATIONS v. NATIONS

No. 304P91

Case below: 102 N.C.App. 823

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.